## FRAZER v. WYCKOFF.

*Contract — construction of — Sale — Commissions.*

Defendant agreed to pay plaintiff $1,500 if he would find a customer who would pay defendant $17,500 for a certain territory of a patent right, or 10 per cent on such less sum as defendant might agree to take. Plaintiff had conversations with reference to the sale with H. and S., but no sale was made. Two years afterward defendants, H. and S. entered into partnership for the sale of the territory of the patent right and the manufacture of the patented article, it being agreed that the firm should pay defendant $1,500 out of the contingent profits of the business. *Held*, not a sale under the agreement between plaintiff and defendant, and that plaintiff was not entitled to commission therefor.

APPEAL by plaintiff from a judgment in favor of defendant entered upon the report of a referee.

The action was brought by Jefferson Fraser against Arcalous Wyckoff, to recover for commissions on the sale of territory of a patent right.

*E. H. Benn*, for appellant.

*Erastus P. Hart*, for respondent.

BOARDMAN, J.

The head-note fully states the only point passed upon in the opinion.

*Judgment affirmed.*